.
judges: Thomas, Clifton, Nguyen